**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-62267-CIV-SMITH**

MARIA GARCIA VILLARROEL,

Petitioner,

v.

MIAMI ICE FIELD OFFICE DIRECTOR,

Respondent.

_______________________________________/

**ORDER**

This matter is before the Court on Petitioner's Notice of Voluntary Dismissal without Prejudice [DE 6]. Upon consideration, it is hereby

**ORDERED**

1. This case is **DISMISSED WITHOUT PREJUDICE**.
2. All pending motions not otherwise ruled on are **DENIED** as moot.
3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of August 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record